UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAVID L. BECK**<br>529 Glen Meadow Road<br>Richboro, PA 18954<br>　　　　Plaintiff<br><br>　　　v.<br><br>**ZWICKER & ASSOCIATES**<br>80 Minuteman Road<br>Andover, MA 01810<br>　　　　Defendant<br><br>**JOHN DOE(S) EMPLOYEE(S) (1-3)**<br>80 Minuteman Road<br>Andover, MA 01810<br><br>　　　　Defendant | :<br>:<br>:<br>:<br>: No.: 11-6256<br>:<br>:<br>:<br>:<br>: **FILED**<br>: DEC - 1 2011<br>: MICHAEL E. KUNZ, Clerk<br>: By_____ Dep. Clerk |

---

PRAECIPE TO WITHDRAW COMPLAINT

Plaintiff, David L. Beck, by and through his counsel, Tova Weiss, Esquire, files this Praecipe to Withdraw his Complaint and requests that the Complaint be withdrawn and marked accordingly on the docket.

　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　**BLITSHTEIN & WEISS, P.C.**

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　/s/Tova Weiss, Esquire
　　　　　　　　　　　　　　　　　Iriana Blitshtein, Esquire
　　　　　　　　　　　　　　　　　648 2nd Street Pike
　　　　　　　　　　　　　　　　　Southampton, PA 18966
　　　　　　　　　　　　　　　　　(215)364-4900
Date: 11/29/2011　　　　　　　　　Attorneys for Plaintiff