IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAVID L. BECK, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 11-6256 |
| v. | : | |
| | : | |
| ZWICKER & ASSOCIATES, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 2nd day of December 2011, upon consideration of Plaintiff's Praecipe to Withdraw Complaint[1] (Doc. No. 3), dismissing the case without prejudice, it is **ORDERED** that:

1. The action is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

2. All pending motions are DENIED AS MOOT.

3. The Clerk of Court shall close the case.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.

---

[1] Plaintiff titled the instant Motion Praecipe to Withdraw Complaint (Doc. No. 3). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(I), a plaintiff must file a notice of dismissal when seeking to voluntarily dismiss an action. Following a telephone conference on this date, Plaintiff's counsel confirmed the Praecipe to Withdraw Complaint (Doc. No. 3) was erroneously titled and Plaintiff sought to dismiss the action.